PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF KANSAS

U.S.A. vs. Robert D. Saiz                                           Docket No.6:08-CR-10106-14

Petition for Action on Conditions of Pretrial Release

COMES NOW Josefina N. Durham, PRETRIAL SERVICES/PROBATION OFFICER, presenting an official report upon the conduct of defendant, Robert D. Saiz, who was placed under pretrial release supervision by the Honorable Karen M. Humphreys, Chief U.S. Magistrate Judge, sitting in the Court at Wichita, Kansas, on July 9, 2008, under the following conditions:

**"The defendant shall not commit any offense in violation of federal, state or local law while on release in this case." (Condition 1)**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

1) On September 8, 2009, the defendant left a voice mail message for this officer, advising he had been arrested on September 6, 2009. The defendant was charged with Battery.

2) On September 17, 2009, the defendant reported to the U.S. Probation Office and indicated on September 6, 2009, he had gone to Champs Bar and Grill to pick up his friend, James McGee. The defendant conveyed after McGee began to argue with him, he (defendant) asked McGee to step outside. Once outside, the defendant stated McGee continued to argue and get in his face. As per the defendant, he asked McGee to step back. The defendant advised he merely used his hand to move McGee away from him. According to the defendant, he did not hit or strike McGee. Also, the defendant denied being under the influence of alcohol or drinking alcoholic beverages while at Champs.

3) On September 17, 2009, this officer contacted Megan Drevo, who summoned police on September 6, 2009 and is employed by Champs Bar and Grill. Drevo indicated she clearly recalled the defendant and the alleged victim, James McGee, as having entered the bar on September 6, as they were her first customers. She advised the defendant and McGee came into the bar at approximately 11:30 am. As per Drevo, she observed the defendant punch and push McGee against a wall. Drevo reported prior to the fight, she had served the defendant and McGee each a 32-ounce beer and two shots of Tuaca bomb. Drevo explained a Tuaca bomb is a combination of Tuaca and Red Bull. She added Tuaca is an Italian liqueur, which is made up of 35% alcohol.

4) On September 18, 2009, this officer contacted Officer Joshua Duggan with Wichita Police Department, who arrested the defendant on September 6, 2009. Duggan advised the defendant smelled of alcohol and appeared to be intoxication. As per Duggan, while being booked into jail, the defendant passed out and once booked, the defendant became extremely violent.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the defendant's arrest and he be required to appear and show cause why his bond should not be revoked.

Approved:

_____
         SUSPO

ORDER OF COURT

Considered and ordered this __21st__ day of __September__, 20 _09_ and ordered filed and made a part of the records in the above case.  **If Petition results in the issuance of a Warrant, Petition and Warrant sealed and not to be distributed to counsel of record. Unsealed upon arrest.**


__s/   Donald W. Bostwick__
U.S. Magistrate District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __September 19, 2009__

*Josefina h. Durham*

_____
Josefina N. Durham
U.S. Pretrial Services/Probation Officer


Place: Wichita, KS